---

### RAINFORD v. TEMPLE.

#### (City Court of New York, General Term. February 8, 1893.)

CONTEMPT—SUPPLEMENTARY PROCEEDINGS—PAYMENT OF DEBTS.

Where a judgment debtor, who has been served with an order in supplementary proceedings, before examination therein deposits money in a bank and pays it out, he is guilty of contempt, even if the money so deposited was loaned to him for the purpose of paying his debtors, and he so used it.

Appeal from special term.

Action by Rosa E. Rainford against Thomas J. Temple. From an order adjudging defendant guilty of contempt, he appeals. Affirmed.

Argued before McGOWN, VAN WYCK, and FITZSIMONS, JJ.

James K. Averill, for appellant.

Forster & Spier, for respondent.

FITZSIMONS, J. This is an appeal from an order adjudging defendant guilty of contempt. The defendant, a judgment debtor, was served with the usual order in supplementary proceedings on April 6, 1892. His examination commenced April 12th, and continued to May 20th. Between April 6th and May 20th, defendant deposited in his bank several hundred dollars to which he held the legal title. This money was withdrawn from his bank by persons in whose favor he drew checks in payment of debts which he owed them. This he has no right to do, even if, as he states, some of the money deposited so by him was loaned for the purpose of paying out the same to his debtors, as he did by the checks mentioned. The moment the money reached his hands he became the legal owner thereof, and was forbidden, by the injunction contained in the supplementary proceeding order served upon him, to interfere with the fund mentioned. Having paid out said fund in the manner described, in violation of said order, he was guilty of contempt, and the order appealed from was properly made, and is affirmed, with costs. All concur.